Court of Appeals for the Second Circuit denied. *Mr. Melville J. France* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Mr. Paul A. Sweeney* for respondent.

No. 511. COMPAGNIE FRANCAISE DE NAVIGATION A VAPEUR *v.* ELTING, COLLECTOR OF CUSTOMS. November 13, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Melville J. France* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Mr. Paul A. Sweeney* for respondent.

No. 512. COMPAGNIE FRANCAISE DE NAVIGATION A VAPEUR *v.* ELTING, COLLECTOR OF CUSTOMS. November 13, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Melville J. France* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Mr. Paul A. Sweeney* for respondent.

No. 513. COMPAGNIE FRANCAISE DE NAVIGATION A VAPEUR *v.* ELTING, COLLECTOR OF CUSTOMS. November 13, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Melville J. France* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Mr. Paul A. Sweeney* for respondent.

No. 514. COMPAGNIE FRANCAISE DE NAVIGATION A VAPEUR *v.* ELTING, COLLECTOR OF CUSTOMS. November